JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN ROBERT GODWIN, | Case No. 2:24-cv-06567-JLS (DTB) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 19, 2024

JOSEPHINE L. STATON
United States District Judge

1